AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

--- OFFENSE CHARGED ---

See Attached Penalty Sheet

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
Maximum prison term of one year
Maximum fine of $100,000
Maximum supervised release term of one year
Mandatory $25 special assessment fee

E-filing

--- DEFENDANT - U.S. ---

▶ GREGORY A. SHASHURIN

DISTRICT COURT NUMBER

CR 08 0079

FILED
FEB 15 AM 11:20

--- DEFENDANT ---   MAG

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
   If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

--- PROCEEDING ---

Name of Complainant Agency, or Person (&Title, if any)
United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

## Penalty Sheet - U.S. v. Gregory A. Shashurin

COUNT ONE: 18 U.S.C. § 13, assimilating Cal. Veh. Code § 10851(a) - Theft and Unlawful Driving or Taking of a Vehicle (Class A Misdemeanor)

Maximum Penalties
Maximum prison term of one year
Maximum fine of $100,000
Maximum supervised release term of one year
Mandatory Special Assessment of $25

COUNT TWO: 21 U.S.C. § 844(a) - Criminal Possession of a Controlled Substance (Class A Misdemeanor)

Maximum Penalties
Maximum prison term of one year
Maximum fine of $100,000
Minimum fine of $1,000
Maximum supervised release term of one year
Mandatory Special Assessment of $25

COUNT THREE: 18 U.S.C. § 13, assimilating Cal. Penal Code § 466.5(a) - Unlawful Possession of a Motor Vehicle Master Key (Class B Misdemeanor)

Maximum Penalties
Maximum prison term of six months
Maximum fine of $5,000
Mandatory Special Assessment of $10

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO |
| 2 | United States Attorney |

FILED
08 FEB 15 AM 11: 20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.08  No. | 0079 |
| Plaintiff, | ) | VIOLATION(S): Title 18, United States Code Section 13, assimilating California Vehicle Code Section 10851(a) -- Theft and Unlawful Driving or Taking of a Vehicle (Class A Misdemeanor); Title 21, United States Code Section 844(a) -- Possession of a Controlled Substance (Class A Misdemeanor); Title 18, United States Code Section 13, assimilating California Penal Code Section 466.5(a) -- Unlawful Possession of a Motor Vehicle Master Key (Class B Misdemeanor) | |
| v. | ) | | |
| GREGORY A. SHASHURIN | ) | | |
| Defendant. | ) | | |
| | ) | SAN FRANCISCO VENUE | |

INFORMATION

The United States Attorney charges:

COUNT ONE: 18 U.S.C. § 13, assimilating Cal. Veh. Code § 10851(a) - Theft and Unlawful Driving or Taking of a Vehicle

On or about November 21, 2007, in the Northern District of California, while within boundaries of an area under the exclusive jurisdiction of the United States and administered by the Presidio Trust, the defendant,

GREGORY A. SHASHURIN,

did drive and take a vehicle not his own, to wit: a four-door Acura bearing Plate # 1VDN451,

INFORMATION

1 without the consent of the owner thereof, and with intent to permanently and temporarily deprive
2 the owner thereof of her title to and possession of the vehicle, in violation of Title 18, United
3 States Code, Section 13, assimilating California Vehicle Code Section 10851(a), a Class A
4 Misdemeanor.

5 <u>COUNT TWO</u>: 21 U.S.C. § 844(a) - Possession of a Controlled Substance

6 On or about November 21, 2007, in the Northern District of California, while within
7 boundaries of an area under the exclusive jurisdiction of the United States and administered by
8 the Presidio Trust, the defendant,

9                        GREGORY A. SHASHURIN,

10 did knowingly and intentionally possess a controlled substance, to wit: a substance containing a
11 measurable quantity of methamphetamine, in violation of Title 21, United States Code, Section
12 844(a), a Class A Misdemeanor.

13 <u>COUNT THREE</u>: 18 U.S.C. § 13, assimilating California Penal Code § 466.5(a) - Possession of a Motor Vehicle Master Key
14
15 On or about November 21, 2007, in the Northern District of California, while within
16 boundaries of an area under the exclusive jurisdiction of the United States and administered by
17 the Presidio Trust, the defendant,

18                        GREGORY A. SHASHURIN,

19 did possess a motor vehicle master key with intent to use it in the commission of an unlawful act,
20 in violation of Title 18, United States Code, Section 13, assimilating California Penal Code
21 Section 466.5(a), a Class B Misdemeanor.

22 DATED: February 14, 2008    JOSEPH P. RUSSONIELLO
   United States Attorney
23
24
25    KYLE F. WALDINGER
   Deputy Chief, Major Crimes Section
26
27 (Approved as to form: _____)
28    WENDY THOMAS
   Special Assistant U.S. Attorney

INFORMATION                                    -2-