JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6809
    Fax:    (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-0079 MAG |
|     Plaintiff, | |
| v. | **MOTION FOR SUMMONS** |
| GREGORY A. SHASHURIN, | |
|     Defendant. | |

    Based on the facts set forth in the Declaration of Adam Maldonado in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Gregory A. Shashurin, 638 36th Ave, San Francisco, California 94121. The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

    Respectfully submitted,

    JOSEPH P. RUSSONIELLO
    United States Attorney

Dated: __2/26/08__                        /s/
                                                  WENDY THOMAS
                                                  Special Assistant United States Attorney