JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-0079 MAG |
| Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER FOR SUMMONS** |
| GREGORY A. SHASHURIN, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Adam Maldonado, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Gregory A. Shashurin, 638 36th Ave, San Francisco, California 94121, to appear on March 26, 2008 at 9:30 a.m. before Magistrate Judge Joseph C. Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____            _____
                                        MARIA-ELENA JAMES
                                        United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0079 MAG