1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,        )   Case No. CR 08-0079 MAG
                                     )
       Plaintiff,                    )
13                                   )
14     v.                            )   [PROPOSED] ORDER FOR SUMMONS
                                     )
15  GREGORY A. SHASHURIN,            )
                                     )
16                                   )
       Defendant.                    )
17  _____)
18
       Having reviewed the Declaration of Adam Maldonado, the Court finds that probable cause
19
    exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
20
    58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Gregory
21
    A. Shashurin, 638 36th Ave, San Francisco, California 94121, to appear on March 26, 2008 at
22
    9:30 a.m. before Magistrate Judge Joseph C. Spero to answer the Information that has been filed
23
    by the United States Attorney.
24
25
       IT IS SO ORDERED.
26
27  Dated: 2-27-08
                                                     ~~MARIA ELENA JAMES~~ Edward M. Chen
28                                                   United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0079 MAG