1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11
    UNITED STATES OF AMERICA,           )    Case No. CR 08-0079 MAG
12                                       )
          Plaintiff,                     )
13                                       )
       v.                                )    [PROPOSED] ORDER FOR SUMMONS
14                                       )
    GREGORY A. SHASHURIN,                 )
15                                       )
                                         )
16        Defendant.                     )
                                         )
17

18
       Having reviewed the Declaration of Adam Maldonado, the Court finds that probable cause
19
    exists to believe that an offense has been committed.  Accordingly, pursuant to Fed. R. Crim. P.
20
    58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Gregory
21
    A. Shashurin, 638 36th Ave, San Francisco, California 94121, to appear on April 29, 2008 at 9:30
22
    a.m. before Magistrate Judge James A. Larson to answer the Information that has been filed by
23
    the United States Attorney.
24

25
       IT IS SO ORDERED.
26

27  Dated: _____April 4, 2008_____

28

    ORDER FOR SUMMONS
    Case No. CR 08-0079  MAG