1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney

5

6      450 Golden Gate Avenue, 11th Floor
       San Francisco, California  94102
       Telephone:  (415) 436-6809

7      Fax:  (415) 436-7234
       Email: wendy.thomas@usdoj.gov

8  Attorneys for Plaintiff

9

10                                         UNITED STATES DISTRICT COURT

11                                         NORTHERN DISTRICT OF CALIFORNIA

12                                               SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,    )    CR No.: 08-0079 MAG
                                        )

15           Plaintiff,                 )    STIPULATION AND [PROPOSED]
                                        )    ORDER EXCLUDING TIME

16     v.                               )

17 GREGORY A. SHASHURIN,        )

18           Defendant.               )

19 _____)

20     On May 29, 2008, the parties in this case appeared before the Honorable Edward M. Chen

21 for an initial appearance and arraignment.  At that time, the parties stipulated that time should be

22 excluded from the Speedy Trial Act calculation from May 29, 2008 to June 25, 2008 for

23 continuity of counsel and for effective preparation of defense counsel.  The parties represented

24 that granting the exclusion was reasonable given the time necessary for effective preparation of

25 defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. §

26 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a

27 //

28 //

STIPULATION AND [PROPOSED] ORDER
CR. 08 0079 MAG

1  continuance outweighed the best interests of the public and the defendant in a speedy trial. See
2  18 U.S.C. § 3161(h)(8)(A).
3
4  SO STIPULATED:
5                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
6
7  DATED: __6/4/08_____         _____/s/_____
                                              WENDY THOMAS
8                                             Special Assistant United States Attorney
9
   DATED: ___6/4/08_____    _____/s/_____
10                                            JODI LINKER
                                              Attorney for Mr. Shashurin
11
12     As the Court found on May 29, 2008, and for the reasons stated above, the Court finds that
13 an exclusion of time between May 29, 2008, and June 25, 2008, is warranted and that the ends of
14 justice served by the continuance outweigh the best interests of the public and the defendant in a
15 speedy trial. See 18 U.S.C. §3161(h)(8)(A). The failure to grant the requested continuance
16 would deny Mr. Shashurin continuity of counsel and would deny defense counsel the reasonable
17 time necessary for effective preparation, taking into account the exercise of due diligence. See
18 18 U.S.C. §3161(h)(8)(B)(iv).
19
20 SO ORDERED.
21 DATED:_____            _____
                                              EDWARD M. CHEN
22                                            United States Magistrate Judge
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
CR. 08 0079 MAG