1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6809
7      Fax:  (415) 436-7234
       Email: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 08-0079 MAG |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | <u>ORDER EXCLUDING TIME</u> |
| v. ) | |
| ) | |
| GREGORY A. SHASHURIN, ) | |
| ) | |
| Defendant. ) | |

On June 25, 2008, the parties in this case appeared before the Honorable Edward M. Chen for a status hearing.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculation from June 25, 2008 to July 9, 2008 for continuity of counsel and for effective preparation of defense counsel.  The parties represented that granting the exclusion was reasonable given the time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a

//

//

STIPULATION AND [PROPOSED] ORDER
CR. 08 0079 MAG

1  continuance outweighed the best interests of the public and the defendant in a speedy trial. See
2  18 U.S.C. § 3161(h)(8)(A).
3
4  SO STIPULATED:
5                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
6
7  DATED:  6/25/08                       _____/s/_____
                                                WENDY THOMAS
8                                              Special Assistant United States Attorney
9
   DATED:   6/25/08                      _____/s/_____
10                                             JODI LINKER
                                                Attorney for Mr. Shashurin
11
12    As the Court found on June 25, 2008, and for the reasons stated above, the Court finds that
13 an exclusion of time between June 25, 2008, and July 9, 2008, is warranted and that the ends of
14 justice served by the continuance outweigh the best interests of the public and the defendant in a
15 speedy trial. See 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested continuance
16 would deny Mr. Shashurin continuity of counsel and would deny defense counsel the reasonable
17 time necessary for effective preparation, taking into account the exercise of due diligence. See
18 18 U.S.C. §3161(h)(8)(B)(iv).
19
20 SO ORDERED.
21 DATED:_____           _____
                                                EDWARD M. CHEN
22                                             United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR. 08 0079 MAG