BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SHASHURIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-079 EMC |
| ) Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| v. ) | |
| GREGORY SHASHURIN, ) | |
| Defendant. ) | |

A sentencing hearing in the above-captioned case is scheduled before this Court for Wednesday, October 15, 2008 at 9:30 am. Defense counsel, however, will most likely be in trial on another matter at that time and will be unavailable for the sentencing hearing.

///

///

///

///

///

///

///

CR-08-079 EMC;
STIP & [PROPOSED] ORD. TO CONTINUE
SENTENCING HEARING           1

Accordingly, the parties hereby jointly stipulate to continue the sentencing hearing in this matter to October 29, 2008 at 9:30 am.

IT IS SO STIPULATED.

September 26, 2008 /s/
DATED  WENDY THOMAS
Assistant United States Attorney

September 26, 2008 /s/
DATED  JODI LINKER
Assistant Federal Public Defender

IT IS SO ORDERED.

September 26, 2008
DATED  EDWARD M. CHEN

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*United States District Court, Northern District of California*

CR-08-079 EMC;
STIP & [PROPOSED] ORD. TO CONTINUE
SENTENCING HEARING    2